# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT M. MARSTELLER AND
SHARON M. MARSTELLER,

          Petitioners

          v.

GREGORY A. HANKS, M.D.,

          Respondent

: No. 955 MAL 2015
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.